ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-179 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| CHRISHAWN BEAL ET AL., | |
| Defendants. | Date: June 20, 2018, to August 7, 2018 |

    The parties appeared before the Honorable Edward M. Chen on June 20, 2018, for a status conference. The government represented that it has produced more than 100 pages of discovery to the defendants. The government also represented that it would be producing additional discovery, specifically, body worn camera footage, photographs, search warrants, and additional items of evidence. The defense represented that would need time to review and analyze discovery. Accordingly, the parties requested, and the Court granted, a continuance until August 7, 2018, for further status. The parties also stipulated, and the Court ordered, that time between June 20, 2018, and August 7, 2018, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

///

///

1     The parties further stipulate, and ask the Court to find, that the requested continuance and
2 exclusion of time are in the interests of justice and outweigh the best interest of the public and the
3 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4

5 SO STIPULATED.

6 DATED: August 7, 2018                            ALEX G. TSE
                                             United States Attorney

                                             /s/
                                             CHRISTIAAN H. HIGHSMITH
                                             Assistant United States Attorney

DATED: August 7, 2018

                                             /s/
                                             MARTIN SABELLI
                                             Counsel for Defendant Chrishawn Beal

                                             /s/
                                             DENA MARIE YOUNG
                                             Counsel for Defendant Ledarrell Javon Crockett

                                             /s/
                                             ADAM PENNELLA
                                             Counsel for Defendant Ledarrell Javon Crockett

                                             /s/
                                             KENNETH WINE
                                             Counsel for Defendant Melvin Lamont Corbin

                                             /s/
                                             ROBERT WAGGENER
                                             Counsel for Defendant Nakia Jones

                                             /s/
                                             SARA ELLEN RIEF
                                             Counsel for Defendant Siddiq Jafar Abdullah

                                             /s/
                                             MICHAEL STEPANIAN
                                             Counsel for Defendant Romello Shamar Jones

                                             /s/
                                             EDWARD SWANSON
                                             Counsel for Defendant Jade Lafay Johnson

**[~~PROPOSED~~] ORDER**

For the reasons stated, this matter is continued until August 7, 2018 at 10:00 a.m. for a status conference. The time between June 20, 2018, and August 7, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: _____8/9/2018_____   _____
EDWARD M. CHEN
United States District Judge

