1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   CHRISTIAAN H. HIGHSMITH (CABN 296282)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200

7       FAX: (415) 436-7027
        christiaan.highsmith@usdoj.gov

8

    Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                  NORTHERN DISTRICT OF CALIFORNIA

11

                    SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )   NO. CR-18-179 EMC
                                       )   [FILED APRIL 26, 2018]
14          Plaintiff,                 )
                                       )
15      v.                             )
                                       )
16  CHRISHAWN BEAL ET AL.,             )
                                       )
17          Defendants.                )
    ───────────────────────────────── )

18

19  UNITED STATES OF AMERICA,          )   NO. CR-19-0267 CRB
                                       )   [FILED JUNE 13, 2019]
20          Plaintiff,                 )
                                       )   NOTICE OF RELATED CASE IN A CRIMINAL
21      v.                             )   ACTION
                                       )
22  AARON MCARTHUR,                    )
                                       )
23          Defendant.                 )
    ───────────────────────────────── )

24

25          The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26  that the two above-captioned criminal cases are related.  On April 26, 2018, a federal grand jury in the

27  Northern District of California returned an indictment charging Defendant Beal and seven co-defendants

28

    NOTICE OF RELATED CASES
    U.S. v. BEAL, CR-18-179 EMC; U.S. v. MCARTHUR, CR-19-0267 CRB

                                                                    v. 7/10/2018

with committing two armed home invasion attempted robberies on March 12, 2018, in Sonoma County, California.  *See United States v. Beal et al.*, Case No CR-18-179 EMC.  The indictment also charged the eight defendants with conspiracy to commit robbery affecting interstate commerce, conspiracy to possess with intent to distribute marijuana, and possession/use of a firearm during and in relation to and in furtherance of a crime of violence and a drug trafficking crime.

On June 13, 2019, a federal grand jury in the Northern District of California returned an indictment charging Defendant McArthur with participating in the same March 12, 2018, armed home invasion attempted robberies and the same home invasion robbery and marijuana trafficking conspiracies as the defendants in *United States v. Beal et al*.  The indictment charged Defendant McArthur with participating in the robbery and marijuana trafficking conspiracies for a longer period of time than the defendants in *United States v. Beal et al*.  Furthermore, the grand jury charged McArthur with two additional crimes—two robberies affecting interstate commerce that occurred on February 8, 2018.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: August 21, 2019                                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. BEAL, CR-18-179 EMC; U.S. v. MCARTHUR, CR-19-0267 CRB

v. 7/10/2018